**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:26-cv-21718-KMM

JUAN ERNESTO MURGA
CASAS,

      Petitioner,

v.

GARRETT RIPA, Field Office Director of Enforcement
and Removal Operations, Miami Field Office,
Immigration and Customs Enforcement, *et al.*,

      Respondents.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE came before the Court upon Petitioner Juan Ernesto Murga Casas's ("Petitioner") Petition for Writ of Habeas Corpus (the "Petition" or "Pet.") (ECF No. 1) and Petitioner's Emergency Motion for Temporary Restraining Order (the "Motion" or "Mot.") (ECF No. 4).  In the Petition, Petitioner alleges that he is in the physical custody of Respondents at the Krome North Service Processing Center in Miami, Florida.  *See* Pet. ¶¶ 6, 8.  Petitioner, a citizen of Cuba, entered the United States without inspection on or around February 27, 1998.  *See id.* ¶¶ 6, 17.  Petitioner alleges that he has been subject to a final order of removal since October 28, 1998, where he was thereafter released under an Order of Supervision and has since "complied with all reporting requirements for over two decades."  *See id.* ¶¶ 3–4.  On January 13, 2025 or 2026, Petitioner was detained by U.S. Immigration and Customs Enforcement ("ICE").  *Id.* ¶¶ 3, 17.

Petitioner alleges that his ongoing detention violates the Fifth Amendment and the Supreme Court's holding in *Zadvydas v. Davis.*  533 U.S. 678 (2001); Pet. ¶ 1.  Petitioner further

alleges that he is not detained pursuant to 8 U.S.C. §§ 1226(c), 1225(b)(1), or 1231.  Pet. ¶ 6. Petitioner brings one claim for violation of the Fifth Amendment.  *See id.* ¶ 24.  Thus, Petitioner asks the Court to:  (1) assume jurisdiction over this matter; (2) issue a writ of habeas corpus requiring Respondents to release Petitioner within one day; and (3) award attorney's fees and costs under the Equal Access to Justice Act.  *See id.* at 6.

In the Motion, Petitioner seeks a temporary restraining order preventing ICE from removing him while this matter is pending.  *See* Mot. at 2.

UPON CONSIDERATION of the Petition and the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1. The Court finds that it has jurisdiction over the Petition pursuant to, *inter alia*, 28 U.S.C. § 2241, and that venue is proper pursuant to *Braden v. 30th Jud. Cir. Ct. of Ky.*, 410 U.S. 484 (1973) because Petitioner is detained in this District;

2. Petitioner is not to be transferred until these proceedings have terminated, and therefore Respondents shall maintain Petitioner's detention within the Southern District of Florida for the pendency of the Petition, and direct any applicable authorities to maintain the same;

3. The Motion (ECF No. 4) is DENIED AS MOOT in light of this Order;

4. On or before March 23, 2026, Respondents shall file <u>one (1)</u> consolidated memorandum of fact and law to show cause why the Petition should not be granted and file all documents necessary for its resolution;

5. Counsel for Respondents must caption their memorandum as a "Response" rather than a Motion to Dismiss, and are cautioned that any requests for extension of time to respond

will only be granted for good cause shown and must comply with 28 U.S.C. § 2243, Local Rule 7.1(a), and the Federal Rules of Civil Procedure;

6.  Respondents are reminded they must provide Petitioner full and complete copies of all documents filed in support of their Response pursuant to Fed. R. Civ. P. 10(c) and *Rodriguez v. Fla. Dep't of Corr.*, 748 F.3d 1073, 1077 (11th Cir. 2014);

7.  Petitioner may, but is not required to, file a Reply within <u>seven (7) days</u> of Respondents' Response, not to exceed ten (10) pages and in compliance with the Federal Rules of Civil Procedure and the Local Rules, any untimely filing of which will not be excused absent unforeseen and unavoidable circumstances;

8.  The Court will address Petitioner's other requested relief after having reviewed the Response and Reply.

DONE AND ORDERED in Chambers at Miami, Florida, this __17th__ day of March, 2026.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All counsel of record